**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**
www.flnb.uscourt.gov

In re: Case No.: 15-30814-KKS

James R. Lawrence and Sybil Lawrence, Chapter 13

Debtors.
_______________________________________/

**NOTICE OF WITHDRAWAL OF COUNSEL**

The undersigned serves this Notice of his withdrawal from this cause as counsel for Creditor, U.S. Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T and requests that no further notices or papers served, be served upon the undersigned.

**Heckman Law Group, P.L.**

By: ***/s/ Chad D. Heckman***
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No: 15-286

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was furnished by U.S. Mail and/or electronic means via the CM/ECF system to the following parties on February 25, 2016:

Leigh D. Hart
P.O. Box 646
Tallahassee, FL 32302-0646
*Trustee* (usual place of business)

Amy Logan Sliva
Law Office of Amy Logan Sliva
313 W. Gregory St.
Pensacola, FL 32502
*Attorney for Debtor* (usual place of business)

James R. Lawrence and Sybil Lawrence
46 Blithewood Drive
Pensacola, FL 32514
*Debtors* (usual place of abode)

                                        */s/ Chad D. Heckman*
                                        Attorney for Creditor