UNITED STATES BANKRUPTCY COURT
NORTH DISTRICT OF FLORIDA
**PENSACOLA DIVISION**

In Re:

JAMES R. LAWRENCE                    Case No.  2015-30814-KKS
SYBIL V. LAWRENCE
    Debtor.                              Chapter 13
_____/

## NOTICE OF WITHDRAW AS COUNSEL

Comes now the undersigned the LAW OFFICE OF GARY GASSEL, P.A., by and through GARY I. GASSEL, ESQUIRE, and Notice his withdraw as counsel for Creditor **US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T** and hereby requests that no further notices or pleadings be served upon the undersigned.

    LAW OFFICE OF GARY GASSEL, P.A.
    2191 Ringling Blivd
    Sarasota, Florida 34237
    (941) 952-9322
    (941) 365-0907 Fax
    Attorney for Creditor
    Email:Gary@Gassellaw.com

    By:/s/ Gary Gassel
    **Gary I.Gassel, Esquire**
    Florida Bar No. 500690

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished by mail or electronic means as follows:

| | |
|---|---|
| James R. Lawrence<br>Sybil V. Lawrence<br>46 Blithewood Drive<br>Pensacola, Florida 32514 | Amy Logan Silva, Esquire<br>313 West Gregory Street<br>Pensacola, Florida 32502 |

| | |
|---|---|
| US Trustee Office<br>110 E Park Avenue<br>Suite 128<br>Tallahasse, Florida 32301 | Leigh D. Hart<br>Chapter 13 Trustee<br>P.O. Box 646<br>Tallahassee, Florida 32302 |

This 26th day of February, 2016

                                           /s/ Gary Gassel<br>                                           GARY I. GASSEL